# Court of Appeals
# of the State of Georgia

ATLANTA,  December 30, 2016

*The Court of Appeals hereby passes the following order:*

**A16A1615. WRIGHT v. TERRY.**

Appellant's appeal is DISMISSED for lack of jurisdiction due to failure to file a timely and proper notice of appeal.  OCGA § 5-6-38 (a); *Brown v. Webb*, 224 Ga. App. 856, 857 (482 SE2d 382) (1997).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/30/2016*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*